Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−25842−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodcliffe S Nathan
   1515 Elaine Terrace
   Union, NJ 07083

Social Security No.:
   xxx−xx−9204

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/16/18 and a confirmation hearing on such Plan has been scheduled for 10/11/18.

The debtor filed a Modified Plan on 9/04/18 and a confirmation hearing on the Modified Plan is scheduled for 10/11/18 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 4, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rodcliffe S Nathan  
    Debtor

Case No. 18-25842-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 04, 2018  
                          Form ID: 186    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
```
db              +Rodcliffe S Nathan,    1515 Elaine Terrace,    Union, NJ 07083-4703
517690467       +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517690468       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
517690465       +Federal Loan Service,    PO Box 69184,    Harrisburg, PA 17106-9184
517690469       +RAS Cintron,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517690471       +RAS LLP,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517690472       +RAS, PI,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517690474       +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517690475       +SLS,    PO Box 636005,    Littleton, CO 80163-6005
517690473       +SLS,    PO Box 11023,    Orange, CA 92856-8123
517690476       +SLS Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
                  Littleton, CO 80129-2386
517690477        Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517690478       +Specialized Loan Servicing SLS,    PO Box 105219,    Atlanta, GA 30348-5219
517690480       +Specialized Loan Servicing, LLC Inc.,    PO Box 636005,    Littleton, CO 80163-6005
517690482       +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517690481       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Department,    8742 Lucent Blvd #300,
                  Highlands Ranch, CO 80129-2386
517690484       +Township of Union,    981 Caldwell Avenue,    Union, NJ 07083-6776
517710989       +Township of Union,    Tax Collector's Office,    1976 Morris Avenue,    Union, NJ 07083-3597
517690483       +Township of Union,    Attn: Water / Sewer Department,    1976 Morris Avenue,
                  Union, NJ 07083-3579
517737117       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517690489       +US Department Of Education,    PO Box 81404,    Atlanta, GA 30366-1404
517690487       +US Department of Education,    Atlanta Service Center,    Atlanta Federal Center Tower,
                  61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
517690490       +US Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
517690491       +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
517690488       +US Department of Education,    National Payment Center,    PO Box 4169,
                  Greenville, TX 75403-4169
517690485       +Union Township,    Attn: Sewer Department,    1976 Morris Avenue,    Union, NJ 07083-3597
517690486       +Union Township Tax Collector,    Tax Office,    PO Box 3609,    Union, NJ 07083-1894
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2018 23:41:37      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2018 23:41:34      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517690466*      +Federal Loan Service Inc,    PO Box 69184,    Harrisburg, PA 17106-9184
517690470*      +RAS Cintron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517690479*       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 04, 2018
                              Form ID: 186             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S. Bank
           National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Rodcliffe S Nathan bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 5