UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 19, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

In Re:

RODCLIFFES. NATHAN,  DEBTOR(S)

Case No.: 18-25842 JKS

Adv. No.:

Hearing Date: N/A

Judge: JOHN K. SHERWOOD

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is
hereby ORDERED:

**DATED: June 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1  Page 2

2  Debtor: Rodcliffe S. Nathan, Debtor(s)

3  Case no.: 18-25842 JKS

4  Caption of order: Order Authorizing Loan Modification and for

5  Other Relief

6  _____

7       1. That the Debtor(s) be and are hereby authorized to enter

8  into and consummate a loan modification with Specialized Loan

9  Servicing, LLC ('Specialized'), pursuant to the terms and

10 conditions of the proposed loan modification agreement, entitled

11 Home Modification Agreement, filed as an Exhibit in support of

12 this motion relating, to real property located at 15151 Elaine

13 Terrace, Union, New Jersey 07083 and the loan modification be

14 and is hereby approved.

15      2. That the Debtor and/or Specialized, be and are

16 authorized to enter and consummate any transaction necessary and

17 incident to the loan modification relating to this property, the

18 sole exception being the transfer of the property or an interest

19 in the property by the Debtor(s) to someone else.

20          a. Limited automatic stay relief is granted, to allow

21 Specialized, to negotiate any such agreement with the Debtor(s)

22 or counsel, enter into and sign a loan modification agreement,

23 and record any documents with the appropriate county recorders

24 office without such action being considered a violation of the

25 automatic stay.

26      3. That the Debtor and/or Specialized, are authorized to

27 negotiate and prepare the terms or documents relating to a loan

28

1  Page 3

2  Debtor: Rodcliffe S. Nathan, Debtor(s)

3  Case no.: 18-25842 JKS

4  Caption of order: Order Authorizing Loan Modification and for

5  Other Relief

6  _____

7  modification, or any necessary transaction incident to a loan

8  modification agreement, such as, but not limited to the

9  circumstances described above, with respect to this property and

10 any such negotiation and/or preparation of documents and/or

11 recording of documents, by the parties shall not considered to

12 be a violation of the automatic stay and are specifically

13 authorized by the Bankruptcy Court.

14     4. That any communication by the parties relating to the

15 loan modification shall be considered to be negotiations,

16 pursuant to the Rules of Evidence, and shall not be used by

17 either party against the other in the context of any subsequent

18 litigation in this Court or any state court, federal court or

19 non-judicial forum.

20     5. That nothing in this order shall be construed as a

21 modification of the plan.

22     6. That the mortgage company and/or mortgage servicer may

23 not persuade the Debtor(s) to dismiss this case in order to

24 consummate a loan modification.

25     7. That because the mortgage is being modified and the pre-

26 petition arrears are being addressed in the new mortgage, the

27 pre-petition arrearage claim, filed by Specialized, or its

28 predecessors, assignees or successor in interest, as claim

1   Page 4

2   Debtor: Rodcliffe S. Nathan, Debtor(s)

3   Case no.: 18-25842 JKS

4   Caption of order: Order Authorizing Loan Modification and for

5   Other Relief

6   _____

7   number two (2) on the claims register, shall not be paid and the

8   Trustee shall not make any payments/disbursements on this pre-

9   petition arrearage claim or any post-petition arrearage added to

10  the plan, if applicable.   If the modification is not

11  consummated  for any reason, Specialized, may, during the

12  pendency of this case, re-list the matter for further hearing,

13  otherwise, this order shall be deemed final.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-25842-JKS
Rodcliffe S Nathan                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Jun 19, 2019
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db              +Rodcliffe S Nathan,    1515 Elaine Terrace,    Union, NJ 07083-4703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Banc of America Funding Corporation 2007-4, U.S. Bank
           National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Rodcliffe S Nathan herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Banc of America Funding Corporation 2007-4, U.S.
           Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 5