Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 18−25842−JKS
            Chapter: 13
            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodcliffe S Nathan
   1515 Elaine Terrace
   Union, NJ 07083

Social Security No.:
   xxx−xx−9204

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      12/12/19
Time:      10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1850.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Certificate of Notice    Page 2 of 4

Dated: November 1, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25842-JKS
Rodcliffe S Nathan                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Nov 01, 2019
                              Form ID: 137             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
```
db            +Rodcliffe S Nathan,    1515 Elaine Terrace,    Union, NJ 07083-4703
517690467     +FedLoan Servicing,    Attn: Bankruptcy,    P0 Box 69184,    Harrisburg, PA 17106-9184
517690468     +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
517690465     +Federal Loan Service,    PO Box 69184,    Harrisburg, PA 17106-9184
517690469     +RAS Cintron,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517690471     +RAS LLP,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517690472     +RAS, PI,    6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
517690475     +SLS,    PO Box 636005,    Littleton, CO 80163-6005
517690474     +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517690473     +SLS,    PO Box 11023,    Orange, CA 92856-8123
517690476     +SLS Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,
                Littleton, CO 80129-2386
517690477      Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
517690478     +Specialized Loan Servicing SLS,    PO Box 105219,    Atlanta, GA 30348-5219
517690480     +Specialized Loan Servicing, LLC Inc.,    PO Box 636005,    Littleton, CO 80163-6005
517690482     +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517690481     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Department,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
517710989     +Township of Union,    Tax Collector's Office,    1976 Morris Avenue,    Union, NJ 07083-3597
517690483     +Township of Union,    Attn: Water / Sewer Department,    1976 Morris Avenue,
                Union, NJ 07083-3579
517690484     +Township of Union,    981 Caldwell Avenue,    Union, NJ 07083-6776
517737117     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518522335     +U.S. Bank National Association c/o,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517690489     +US Department Of Education,    PO Box 81404,    Atlanta, GA 30366-1404
517690487     +US Department of Education,    Atlanta Service Center,    Atlanta Federal Center Tower,
                61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
517690491     +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
517690490     +US Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
517690488     +US Department of Education,    National Payment Center,    PO Box 4169,
                Greenville, TX 75403-4169
517690485     +Union Township,    Attn: Sewer Department,    1976 Morris Avenue,    Union, NJ 07083-3597
517690486     +Union Township Tax Collector,    Tax Office,    PO Box 3609,    Union, NJ 07083-1894
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:46      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2019 00:27:42      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517690466*    +Federal Loan Service Inc,    PO Box 69184,    Harrisburg, PA 17106-9184
517690470*    +RAS Cintron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517690479*     Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Nov 01, 2019
                             Form ID: 137             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Rodcliffe S Nathan herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S.
               Bank National Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```