<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Rodcliffe S Nathan<br><br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9204<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–25842–JKS

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rodcliffe S Nathan

8/20/20

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-25842-JKS
Rodcliffe S Nathan                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2          Date Rcvd: Aug 20, 2020
                           Form ID: 3180W         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
```
db          +Rodcliffe S Nathan,   1515 Elaine Terrace,   Union, NJ 07083-4703
517690467   +FedLoan Servicing,   Attn: Bankruptcy,   P0 Box 69184,   Harrisburg, PA 17106-9184
517690468   +FedLoan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
517690465   +Federal Loan Service,   PO Box 69184,   Harrisburg, PA 17106-9184
517690469   +RAS Cintron,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
517690471   +RAS LLP,   6409 Congress Avenue,   Suite 100,   Boca Raton, FL 33487-2853
517690472   +RAS, PI,   6409 Congress Avenue,   Suite 100,   Boca Raton, FL 33487-2853
517690474   +SLS,   8742 Lucent Boulevard,   Suite 300,   Littleton, CO 80129-2386
517690473   +SLS,   PO Box 11023,   Orange, CA 92856-8123
517690475   +SLS,   PO Box 636005,   Littleton, CO 80163-6005
517690476   +SLS Specialized Loan Servicing,   8742 Lucent Boulevard,   Suite 300,
             Littleton, CO 80129-2386
517690477    Specialized Loan Servicing,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
517690478   +Specialized Loan Servicing SLS,   PO Box 105219,   Atlanta, GA 30348-5219
517690480   +Specialized Loan Servicing, LLC Inc.,   PO Box 636005,   Littleton, CO 80163-6005
517690482   +Specialized Loan Servicing/SLS,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
517690481   +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Department,   8742 Lucent Blvd #300,
             Highlands Ranch, CO 80129-2386
517690484   +Township of Union,   981 Caldwell Avenue,   Union, NJ 07083-6776
517710989   +Township of Union,   Tax Collector's Office,   1976 Morris Avenue,   Union, NJ 07083-3597
517690483   +Township of Union,   Attn: Water / Sewer Department,   1976 Morris Avenue,
             Union, NJ 07083-3579
517737117   +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518522335   +U.S. Bank National Association c/o,   Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517690489   +US Department Of Education,   PO Box 81404,   Atlanta, GA 30366-1404
517690487   +US Department of Education,   Atlanta Service Center,   Atlanta Federal Center Tower,
             61 Forsyth Street SW , Room 19T89,   Atlanta, GA 30303-8928
517690491   +US Department of Education,   PO Box 530260,   Atlanta, GA 30353-0260
517690490   +US Department of Education,   Fedloan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
517690488   +US Department of Education,   National Payment Center,   PO Box 4169,
             Greenville, TX 75403-4169
517690485   +Union Township,   Attn: Sewer Department,   1976 Morris Avenue,   Union, NJ 07083-3597
517690486   +Union Township Tax Collector,   Tax Office,   PO Box 3609,   Union, NJ 07083-1894
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                         TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517690466*   +Federal Loan Service Inc,   PO Box 69184,   Harrisburg, PA 17106-9184
517690470*   +RAS Cintron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
517690479*    Specialized Loan Servicing, LLC,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                 Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 20, 2020
                              Form ID: 3180W           Total Noticed: 30

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S. Bank
        National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Herbert B. Raymond    on behalf of Debtor Rodcliffe S Nathan herbertraymond@gmail.com,
        raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
        ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
        ls789@gmail.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-4, U.S.
        Bank National Association, as Trustee rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                        TOTAL: 5